**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FORCE MOS TECHNOLOGY CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:22-cv-8938 |
| v. | ) ) | |
| BO-IN LIN, an individual, | ) ) | |
| Defendant. | ) ) ) | |

# EXHIBIT L-1

## Petition to Revive the '471 Patent

PATENT APPLICATION

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                              Docket No:  101032-00010

Fwa-Iuan Hshieh, et al.

Patent No.:  8,022,471                           Confirmation No.:  8489

Issued:  September 20, 2011

For:  TRENCH METAL OXIDE SEMICONDUCTOR FIELD EFFECT TRANSISTOR
(MOSFET) WITH LOW GATE TO DRAIN COUPLED CHARGES (QGD)
STRUCTURES

**PETITION FOR ACCEPTANCE OF DELAYED PAYMENT OF MAINTENANCE FEES
UNDER 37 C.F.R. § 1.378(b) FOR AN UNINTENTIONAL DELAY**

**MAIL STOP PETITION**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

    **I.**    **Introduction**: As provided for in the below remarks, and as supported by the

information in the attached Exhibits A-E, Patentee (Force-MOS Technology Corporation (*see*

**Exhibit D**)) respectfully requests revival and reinstatement of each of the "subject patents" for at

least the following reasons.

    The subject patents include sixteen U.S. Patents: U.S. Patent No. 8,389,354; U.S. Patent

No. 8,461,001; U.S. Patent No. 8,159,021; U.S. Patent No. 7,960,787; U.S. Patent No.

8,022,471; U.S. Patent No. 7,863,685; U.S. Patent No. 8,058,670; U.S. Patent No. 7,800,185;

U.S. Patent No. 7,929,321; U.S. Patent No. 7,646,058; U.S. Patent No. 7,812,409; U.S. Patent

No. 7,511,357; U.S. Patent No. 7,612,407; U.S. Patent No. 7,816,729; U.S. Patent No.

7,633,121; and U.S. Patent No. 8,252,645 (*see* **Exhibit A**).

    The Exhibits include:

    **Exhibit A**: Application and patent information for each of the subject patents;

**PETITION FOR ACCEPTANCE OF DELAYED PAYMENT OF MAINTENANCE FEES UNDER 37 C.F.R. § 1.378(b) FOR AN UNINTENTIONAL DELAY**

**Exhibit B**: Issue Fee payment documentation for each of the subject patents;

**Exhibit C**: Maintenance Fee payments for particular ones of the subject patents; and

**Exhibit D**: Assignment data for each of the subject patents.

The Patentee, and as a result, each of the subject patents, suffered an unintentional delay in the payment of the 3.5, 7.5, and/or 11.5 year Maintenance Fees due to the gross misconduct of the patent agent of record at the time the fees were due. That is, each of the subject patents suffered from the previous practitioner's error in 1) not properly paying the fees; and 2) not alerting the Patentee as to the requirement and delinquency of the fee payments. As a result, as evidenced by the information in **Exhibit B**, each of the subject patents issued pursuant to a properly and timely-paid Issue Fee payment. However, each of the subject patents subsequently expired due to nonpayment of the Maintenance Fees under 37 C.F.R. § 1.362 (*see* **Exhibit A**).

At the time the non-paid fees were due in each of the subject patents, the Patentee had retained and relied upon the following patent agent to prosecute the subject patents:

> Bo-In Lin (Reg. no. 33,948)
> 13445 Mandoli Drive
> Los Altos Hills, CA 94022

New Powers of Attorney have been filed in each of the subject patents, and in each of the subject patents have been granted to the following attorneys, which include the undersigned:

> 35161 - DICKINSON WRIGHT PLLC - WASHINGTON, DC
> 1825 EYE ST., NW
> SUITE 900
> WASHINGTON, DC 20006
> UNITED STATES

**II.      Governing Law**: Under 37 C.F.R. § 1.378(b), any petition to accept an unintentionally delayed payment of a Maintenance Fee must include: (1) The required

**PETITION FOR ACCEPTANCE OF DELAYED PAYMENT OF MAINTENANCE FEES UNDER 37 C.F.R. § 1.378(b) FOR AN UNINTENTIONAL DELAY**

Maintenance Fee set forth in §1.20(e) through (g); (2) the petition fee as set forth in §1.17(m); and (3) A statement that the delay in payment of the Maintenance Fee was unintentional."

It is noted that, under 37 C.F.R. § 1.378(b), "The director may require additional information where there is a question whether the delay was unintentional." In the present case, the Patentee provides the additional information herein.

As noted in MPEP §2590, "If multiple Maintenance Fees due on a single patent have not been paid, a separate petition fee is required for each delayed Maintenance Fee payment. A statement that the delay in payment of the Maintenance Fee was unintentional is also required with respect to each delayed Maintenance Fee payment. While the Patentee can include the statements of unintentional delay in a single petition (if desired), a separate petition fee is required for each delayed Maintenance Fee payment."

As discussed in MPEP §711.03(c), the "unintentional delay" standard, "[w]hile the Office reserves the authority to require further information concerning the cause of abandonment and delay in filing a petition to revive, the Office relies upon the applicant's duty of candor and good faith and accepts the statement that 'the entire delay in filing the required reply from the due date for the reply until the filing of a grantable petition pursuant to 37 CFR 1.137(a) was unintentional' without requiring further information in the vast majority of petitions under 37 CFR 1.137(a). This is because the applicant is obligated under 37 CFR 11.18 to inquire into the underlying facts and circumstances when a practitioner provides this statement to the Office. In addition, providing an inappropriate statement in a petition under 37 CFR 1.137(a) to revive an abandoned application may have an adverse effect when attempting to enforce any patent resulting from the application. *See Lumenyte Int'l Corp. v. Cable Lite Corp.*, Nos. 96-1011, 96-1077, 1996 U.S. App. LEXIS 16400, 1996 WL 383927 (Fed. Cir. July 9, 1996) (unpublished)

3

**PETITION FOR ACCEPTANCE OF DELAYED PAYMENT OF MAINTENANCE FEES UNDER 37 C.F.R. § 1.378(b) FOR AN UNINTENTIONAL DELAY**

(patents held unenforceable due to a finding of inequitable conduct in submitting an inappropriate statement that the abandonment was unintentional). The Office is almost always satisfied as to whether 'the entire delay…was unintentional' on the basis of statement(s) by the applicant or representative explaining the cause of the delay (accompanied at most by copies of correspondence relevant to the period of delay)."

      **III.**    **Remarks**: The Patentee respectfully submits that the Patentee suffered unintentional delays in the payments of the required Maintenance Fees for the subject patents due to the hidden, and potentially concealed failures of Mr. Lin.

      As evidenced in Exhibits A and B, Mr. Lin properly and timely paid the Issue Fees for each of the subject patents. This established and evidences the precedent that Mr. Lin was responsible for, and would properly and timely handle the post grant fees for each of the subject patents.

      Specifically, Mr. Lin timely paid the required Issue Fees for the subject patents during a time period beginning on March 31, 2009 and up to and including June 11, 2013. Having paid the Issue fees for each of the subject patents, Mr. Lin then timely paid the 3.5 year Maintenance Fees for the '729 patent, the '121 patent, the '357 patent, the '409 patent, the '185 patent, the '058 patent, and the '021 patent (*see* **Exhibits A and C**). These payments spanned the time period beginning on April 1, 2013 to and including April 6, 2016. This concluded the Maintenance Fee payments by Mr. Lin.

      It is noted that Mr. Lin never contacted the Patentee regarding the expiration of any of the subject patents. The Patentee has no reason to think, believe, or suspect that any of the subject patents for which the Issue Fees were paid were delinquent, expired, or about to be expired, or that any required Maintenance Fees were not paid. The Patentee and Mr. Lin, as is standard with

**PETITION FOR ACCEPTANCE OF DELAYED PAYMENT OF MAINTENANCE FEES UNDER 37 C.F.R. § 1.378(b) FOR AN UNINTENTIONAL DELAY**

patent agent-client relationships, had agreed that Mr. Lin would handle all required payments, and would alert the Patentee of any issue that arose during the life of each of the subject patents. No such alert, indication, or communication otherwise was provided to the Patentee.

On May 25, 2022, the Patentee discovered that the subject patents were expired. At that time, the Patentee immediately engaged an attorney from the law firm Dickinson Wright, PLLC to investigate the file history of each of the subject patents and to prepare this petition.

A Power of Attorney to Dickinson Wright, a petition under 37 C.F.R. § 1.378(b), and an authorization to charge deposit account 04-1061 (of Dickinson Wright), for each of the overdue Maintenance Fees as well as all petition fees, were filed in each of the subject patents in July, 2022. These are of record in the file history of each of the subject patents. However, the attorney who signed the authorizations to charge the deposit account, Mr. Nicholas Martin, left Dickinson Wright prior to the USPTO Petitions Department attempting to charge the deposit account. At the time of signing and filing the authorizations to charge the deposit account, Mr. Martin was duly listed as an authorized user of the deposit account. However, upon leaving Dickinson Wright, Mr. Martin was removed from the deposit account, as is common practice when an attorney leaves a law firm associated with a USPTO deposit account. Unfortunately, at the time Mr. Martin was removed from the deposit account, the USPTO Petitions Department had not yet attempted to charge the deposit account for the fees due.

For this reason, this petition is being re-submitted and executed, along with the requisite authorization to charge the deposit account, by the undersigned, who is duly authorized on the deposit account.

**PETITION FOR ACCEPTANCE OF DELAYED PAYMENT OF MAINTENANCE FEES UNDER 37 C.F.R. § 1.378(b) FOR AN UNINTENTIONAL DELAY**

      **IV.**    **Conclusion**: In view of at least the above, the Patentee respectfully submits that the failure to pay the Maintenance Fees up until this time was unintentional with respect to each of the subject patents.

      The USPTO is directed and authorized to charge all required fees, except for the Issue Fee and the Publication Fee, to Deposit Account No. 04-1061. Please also credit any overpayments to said Deposit Account.

                    Respectfully submitted,

                    /Laura Moskowitz /

                    _____

                    Laura Moskowitz, reg. no. 55,470

Dickinson Wright PLLC
1825 Eye St. N.W. Suite 900
Washington, D.C. 20006
202-457-0160

Date:  October 28, 2022

# EXHIBIT A

| Country | Patent No. | Application No. | Status | Title | Inventor | Assignee | Reason for Non-Acceptance | Filing Date | Issue Date | Prior MF Paid | Patent Bib. Info/Correspondence Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 8389354 | 12383247 | Expired - Fee Related | TRENCHED MOSFETS WITH IMPROVED GATE-DRAIN (GD) CLAMP DIODES | Fwu-Iuan Hshieh | Force-MOS Technology Corporation (KY) | Patent expired on 03/05/2017 due to non-payment of maintenance fee | 3/19/2009 | 3/5/2013 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 8461001 | 12653131 | Expired - Fee Related | METHODS FOR MANUFACTURING TRENCH MOSFET WITH IMPLANTED DRIFT REGION | Fwu-Iuan Hshieh | Force-MOS Technology Corporation (TW) | Patent expired on 06/11/2017 due to non-payment of maintenance fee | 12/2/2009 | 6/11/2013 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 8159021 | 12070853 | Expired - Fee Related | TRENCH MOSFET WITH DOUBLE EXPITAXIAL STRUCTURE | Fwu-Iuan Hshieh | Force-MOS Technology Corporation (TW) | Patent expired on 04/17/2020 due to non-payment of maintenance fee | 2/20/2008 | 4/17/2012 | 4/8/2016, 3.5 Y | Bo-in Lin (13445 Mandoli Dr) |
| US | 7960787 | 12291365 | Expired - Fee Related | CONFIGURATION OF TRENCHED SEMICONDUCTOR POWER DEVICE TO REDUCE MASKED PROCESS | Fwu-Iuan Hshieh | Force-MOS Technology Corporation | Patent expired on 06/14/2015 due to non-payment of maintenance fee | 11/7/2008 | 6/14/2011 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 8022470 | 12319188 | Expired - Fee Related | TRENCH METAL OXIDE SEMICONDUCTOR FIELD EFFECT TRANSISTOR (MOSFET) WITH LOW GATE TO DRAIN COUPLED CHARGES (Qgd) STRUCTURES | Fwu-Iuan Hshieh | Force-MOS Technology Corp. (KY) | Patent expired on 09/20/2015 due to non-payment of maintenance fee | 12/31/2008 | 9/20/2011 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 7863685 | 12156070 | Expired - Fee Related | TRENCH MOSFET WITH EMBEDDED JUNCTION BARRIER SHOTTKY DIODE | Fwu-Iuan Hshieh | Force-MOS Technology Corp. (TW) | Patent expired on 01/04/2015 due to non-payment of maintenance fee | 6/28/2008 | 1/4/2011 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 7929321 | 12229470 | Expired - Fee Related | DEPLETION MODE TRENCH MOSFET FOR IMPROVED EFFICIENCY OF DC/DC CONVERTER APPLICATIONS | Fwu-Iuan Hshieh | Force-Mos Technology Corp (KY) | Patent expired on 04/19/2015 due to non-payment of maintenance fee | 8/22/2008 | 4/19/2011 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 7646058 | 11810327 | Expired - Fee Related | DEVICE CONFIGURATION AND METHOD TO MANUFACTURE TRENCH MOSFET WITH SOLDERABLE FRONT METAL | Fwu-Iuan Hshieh | Force-MOS Technology Corporation (KY) | Patent expired on 01/12/2018 due to non-payment of maintenance fee | 6/5/2007 | 1/12/2010 | 1/13/2014, 3.5 Y | Bo-in Lin (13445 Mandoli Dr) |
| US | 8058670 | 12455744 | Expired - Fee Related | INSULATED GATE BIPOLAR TRANSISTOR (IGBT) WITH MONOLITHIC DEEP BODY CLAMP DIODE TO PREVENT LATCH-UP | Fwu-Iuan Hshieh | Force-MOS Technology Corporation | Patent expired on 12/14/2015 due to non-payment of maintenance fee | 6/4/2009 | 12/8/2010 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 7800185 | 11699156 | Expired - Fee Related | CLOSED TRENCH MOSFET WITH FLOATING TRENCH RINGS AS TERMINATION | Fwu-Iuan Hshieh | Force-MOS Technology Corp. (KY) | Patent expired on 09/21/2014 due to non-payment of maintenance fee | 1/28/2007 | 9/21/2010 | 9/22/2014, 3.5 Y | Bo-in Lin (13445 Mandoli Dr) |
| US | 7812409 | 11633366 | Expired - Fee Related | TRENCH MOSFET WITH CELL LAYOUT, RUGGEDNESS, TRUNCATED CORNERS | Fwu-Iuan Hshieh | Force-MOS Technology Corp. (KY) | Patent expired on 10/12/2018 due to non-payment of maintenance fee | 12/4/2006 | 10/12/2010 | 10/14/2014, 3.5 Y | Bo-in Lin (13445 Mandoli Dr) |
| US | 8252645 | 12462748 | Expired - Fee Related | METHOD OF MANUFACTURING TRENCHED MOSFETS WITH EMBEDDED SCHOTTKY IN THE SAME CELL | Fwu-Iuan Hshieh | Force-MOS Technology Corporation (KY) | Patent expired on 09/26/2016 due to non-payment of maintenance fee | 8/7/2009 | 12/10/2008 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 7511357 | 11768497 | Expired - Fee Related | TRENCHED MOSFETS WITH IMPROVED GATE-DRAIN (GD) CLAMP DIODES | Fwu-Iuan Hshieh | Force-MOS Technology Corporation (KY) | Patent expired on 03/31/2017 due to non-payment of maintenance fee | 4/20/2007 | 3/31/2009 | 4/1/2013, 3.5 Y | Bo-in Lin (13445 Mandoli Dr) |
| US | 7612407 | 11519754 | Expired - Fee Related | TRENCHED MOSFET DEVICE CONFIGURATION WITH REDUCED MASK PROCESSES | Fwu-Iuan Hshieh | Force-MOS Technology Corp. Ltd. (KY) | Patent expired on 11/03/2013 due to non-payment of maintenance fee | 9/11/2006 | 11/3/2009 | n/a | Bo-in Lin (13445 Mandoli Dr) |
| US | 7633321 | 11981072 | Expired - Fee Related | TRENCH MOSFET WITH IMPLANTED DRIFT REGION | Fwu-Iuan Hshieh | Force-MOS Technology Corp. (TW) | Patent expired on 12/15/2017 due to non-payment of maintenance fee | 10/31/2007 | 12/15/2009 | 12/16/2013, 3.5 Y | Bo-in Lin (13445 Mandoli Dr) |
| US | 7816729 | 11518729 | Expired - Fee Related | TRENCHED MOSFET DEVICE WITH TRENCHED CONTACTS | Fwu-Iuan Hshieh | Force-MOS Technology Corp., LTD. | Patent expired on 11/26/2018 due to non-payment of maintenance fee | 9/10/2006 | 10/19/2010 | 10/20/2014, 3.5 y | Bo-in Lin (13445 Mandoli Dr) |

EXHIBIT B

Issue Fee Payment documentation for each subject patent.

| Patent No. | Application No. |
|---|---|
| **8389354** | 12383247 |
| **8461001** | 12653131 |
| **8159021** | 12070853 |
| **7960787** | 12291365 |
| **8022471** | 12319188 |
| **7863685** | 12156070 |
| **7929321** | 12229470 |
| **7646058** | 11810327 |
| **8058670** | 12455744 |
| **7800185** | 11699256 |
| **7812409** | 11633366 |
| **8252645** | 12462748 |
| **7511357** | 11788497 |
| **7612407** | 11519754 |
| **7633121** | 11981072 |
| **7816729** | 11518729 |

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u>   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

63481     7599     11/16/2012

BO-IN LIN
13445 MANDOLI DRIVE
LOS ALTOS HILLS, CA 94022

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/383,247 | 03/19/2009 | Fwu-Iuan Hshieh | FMOS-0702D | 4418 |

TITLE OF INVENTION: TRENCHED MOSFETS WITH IMPROVED GATE-DRAIN (GD) CLAMP DIODES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEES DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $885 | $300 | $0 | $1185 | 02/19/2013 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| THOMAS, TONIAE M | 2822 | 257-551000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively

1   Bo-In Lin

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE      (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Force-MOS Technology Corporation    Cayman Island, British West Indies

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**

☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date February 6, 2013

Typed or printed name   Bo-In Lin    Registration No. 33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: Mail**  **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax** **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

| | |
|---|---|
| 7590          02/21/2013 | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/653,131 | 12/09/2009 | Fwu-Iuan Hshieh | FMOS-0707D | 5445 |

TITLE OF INVENTION: METHODS FOR MANUFACTURING TRENCH MOSFET WITH IMPLANTED DRIFT REGION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $885 | $300 | $0 | $1185 | 05/21/2013 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TRINH, MICHAEL MANH | 2822 | 438-268000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 __Bo-In Lin__
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

**Force-MOS Technology Corporation     Hsinchu, TAIWAN R.O.C.**

Please check the appropriate assignee category or categories (will not be printed on the patent):   ☐ Individual   ☒ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.          ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____          Date   May 15, 2013

Typed or printed name   Bo-In Lin          Registration No.   33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>  **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or <u>Fax</u>  **(571) 273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590        01/06/2012

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022



Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| Yii-Shyun Lin | (Depositor's name) |
| *Yii-Shyun L.* | (Signature) |
| March 15, 2012 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/070,853 | 02/20/2008 | Fwu-Iuan Hshieh | FMOS-0709 | 2666 |

TITLE OF INVENTION: TRENCH MOSFET WITH DOUBLE EPITAXIAL STRUCTURE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $870 | $300 | $0 | $1170 | 04/06/2012 |

03/19/2012 MBLANCO1 00000031 12070853

01 FC:2501          870.00 OP
02 FC:1504          300.00 OP

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| KLEIN, JORDAN M | 2829 | 257-328000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Bo-In Lin

2  _____

3  _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

**Force-MOS Technology Corporation**          **Taiwan, R.O.C.**

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

**4a. The following fee(s) are submitted:**
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above):**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.        ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____*signature*_____          Date  March 15, 2012

Typed or printed name  **Bo-In Lin**          Registration No.  **33,948**

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

05-06-11

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>     **Mail Stop ISSUE FEE**
      **Commissioner for Patents**
      **P.O. Box 1450**
      **Alexandria, Virginia 22313-1450**
   or <u>Fax</u>    **(571)-273-2885**

MAY 0 5 2011

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

69481    7590    02/25/2011

BO-IN LIN
13445 MANDOLI DRIVE
LOS ALTOS HILLS, CA 94022

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Yii-Shyun Lin    _(Depositor's name)_

_(Signature)_

May 5, 2011    _(Date)_

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/291,365 | 11/07/2008 | Fwa-luan Hshieh | FMOS-0803 | 3987 |

TITLE OF INVENTION: CONFIGURATION OF TRENCHED SEMICONDUCTOR POWER DEVICE TO REDUCE MASKED PROCESS

05/09/2011 EHAILU1 00000007 12291365

01 FC:2501      755.00 OP
02 FC:1504      300.00 OP

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 05/25/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| DICKEY, THOMAS L | 2826 | 257-330000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Bo-In Lin
2 _____
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE       (B) RESIDENCE: (CITY AND STATE OR COUNTRY)

**Force-MOS Technology Corporation**    **British West Indies**

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s):** (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____      Date May 5, 2011

Typed or printed name Bo-In Lin      Registration No. 33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

08-15-11

PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571) 273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

69481    7590    06/09/2011

BO-IN LIN
13445 MANDOLI DRIVE
LOS ALTOS HILLS, CA 94022

*O P A P*
*AUG 11 2011*
*PATENT & TRADEMARK OFFICE*

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Yii-Shyun Lin _____ (Depositor's name)

_Yii Shyul_____ (Signature)

August 11, 2011 _____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/319,188 | 12/31/2008 | Fwu-Iuan Hshieh | FMOS-0804 | 8489 |

TITLE OF INVENTION: TRENCH METAL OXIDE SEMICONDUCTOR FIELD EFFECT TRANSISTOR (MOSFET) WITH LOW GATE TO DRAIN COUPLED CHARGES (QGD) STRUCTURES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 09/09/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, THANH T | 2893 | 257-329000 |

08/15/2011 SDENDG34 C2385313 12319188
01 FC:1501    755.00 OP
02 FC:1504    300.00 OP

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2.** For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Bo-In Lin
2  _____
3  _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                           (B) RESIDENCE: (CITY and STATE OR COUNTRY)

**Force-MOS Technology Corp.**          **CAYMAN ISLANDS**

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s):** (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.
☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date August 11, 2011

Typed or printed name  Bo-In Lin          Registration No. 33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

11-24-10

**PART B - FEE(S) TRANSMITTAL**

O P A P

NOV 23 2010

**Complete and send this form, together with applicable fee(s), to:** _Mail_    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
   _or_ **Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

69481    7590    10/04/2010

BO-IN LIN
13445 MANDOLI DRIVE
LOS ALTOS HILLS, CA 94022

11/24/2010 HVUONG2 00000067 12156070

01 FC:2501      755.00 OP
02 FC:1504      300.00 OP

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Yii-Shyun Liu     (Depositor's name)

Yi Shyun C.     (Signature)

November 23, 2010     (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/156,070 | 05/28/2008 | Fwu-Iuan Hshieh | FMOS-0801 | 2064 |

TITLE OF INVENTION: TRENCH MOSFET WITH EMBEDDED JUNCTION BARRIER SCHOTTKY DIODE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 01/04/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| LE, DUNG ANH | 2818 | 257-368000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1   Bo-In Lin

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE      (B) RESIDENCE: (CITY and STATE OR COUNTRY)

**Force-MOS Technology Corp.**      **TAIWAN R.O.C.**

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☒ Corporation or other private group entity   ☐ Government

**4a. The following fee(s) are submitted:**

☒ Issue Fee

☒ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☒ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date \_\_ November 23, 2010 \_\_

Typed or printed name   Bo-In Lin      Registration No. \_\_ 33,948 \_\_

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**   Mail Stop ISSUE FEE
                                                                              Commissioner for Patents
                                                                              P.O. Box 1450
                                                                              Alexandria, Virginia 22313-1450
                                                                    or **Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

```
          7590           08/19/2011
Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022
```

                    OPAP
                    SEP 23 2011
                    PATENT & TRADEMARK OFFICE

```
09/27/2011 EEKUBAY2 00000033 12455744
01 FC:2501              755.00 OP
02 FC:1504              300.00 OP
```

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| Yii-Shyun Lin | (Depositor's name) |
|---|---|
| (Signature) | (Signature) |
| September 23, 2011 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/455,744 | 06/04/2009 | Fwu-Iuan Hshieh | FMOS-0902 | 3117 |

TITLE OF INVENTION: INSULATED GATE BIPOLAR TRANSISTOR (IGBT) WITH MONOLITHIC DEEP BODY CLAMP DIODE TO PREVENT LATCH-UP

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 11/21/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MOORE, WHITNEY | 2826 | 257-136000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1   Bo-In Lin
2   _____
3   _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                    (B) RESIDENCE: (CITY and STATE or COUNTRY)

FORCE MOS TECHNOLOGY CORPORATION                 TAIWAN

Please check the appropriate assignee category or categories (will not be printed on the patent):   ☐ Individual   ☒ Corporation or other private group entity   ☐ Government

**4a. The following fee(s) are submitted:**
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.          ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date September 23, 2011

Typed or printed name   Bo-In Lin                Registration No.   33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Complete and send this form, together with applicable fee(s), to: **Mail**

*0 8 - 0 9 - 1 0*

**Mail Stop ISSUE FEE**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590    07/22/2010

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022

*O P A P  IAPA*
*AUG 0 6 2010*
*PATENT & TRADEMARK OFFICE*

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| Yii-Shyun Lin | (Depositor's name) |
| *Yii Shyun Li* | (Signature) |
| August 6, 2010 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/699,256 | 01/28/2007 | Fwu-luan Hshieh | FMOS-0701 | 6938 |

TITLE OF INVENTION: CLOSED TRENCH MOSFET WITH FLOATING TRENCH RINGS AS TERMINATION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 10/22/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| KIM, SU C | 2823 | 438-242000 |

08/10/2010 MBELETE2 00000020 11699256
01 FC:2501    755.00 OP
02 FC:1504    300.00 OP

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
  ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
  ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
  (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
  (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Bo-In Lin
2  _____
3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

**Force-MOS Technology Corp.**

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

**CAYMAN ISLANDS**

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
  ☒ Issue Fee
  ☒ Publication Fee (No small entity discount permitted)
  ☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
  ☐ A check is enclosed.
  ☒ Payment by credit card. Form PTO-2038 is attached.
  ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
  ☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date   August 6, 2010

Typed or printed name  **Bo-In Lin**   Registration No. 33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

03-11-11

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or <u>Fax</u>   (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

O.P.A.P.
MAR 1 0 2011
PATENT & TRADEMARK OFFICE
1AP6

69481      7590      01/06/2011
BO-IN LIN
13445 MANDOLI DRIVE
LOS ALTOS HILLS, CA 94022

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

03/11/2011 CCHAU2  00000069 12229470
01 FC:2501      755.00 OP
02 FC:1504      300.00 OP

| Yii-Shyun Lin | (Depositor's name) |
| --- | --- |
| _Yii-Shyun Lin_ | (Signature) |
| March 10, 2011 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 12/229,470 | 08/22/2008 | Fwu-Iuan Hshieh | FMOS-0802 | 8882 |

TITLE OF INVENTION: DEPLETION MODE TRENCH MOSFET FOR IMPROVED EFFICIENCY OF DC/DC CONVERTER APPLICATIONS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 04/06/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
| --- | --- | --- |
| GUPTA, RAJ R | 2814 | 257-365000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Bo-In Lin
2  _____
3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

**FORCE-MOS TECHNOLOGY CORP**         **Cayman Island**
                                      **British West Indies**

Please check the appropriate assignee category or categories (will not be printed on the patent):  ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
   ☒ Issue Fee
   ☒ Publication Fee (No small entity discount permitted)
   ☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
   ☐ A check is enclosed.
   ☒ Payment by credit card. Form PTO-2038 is attached.
   ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
   ☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature    _____    Date  March 10, 2011

Typed or printed name   Bo-In Lin      Registration No.  33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

11-27-09

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**     **Mail Stop ISSUE FEE**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**    **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

     7590      11/16/2009

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022

[stamp: OIPE NOV 25 2009 PATENT & TRADEMARK OFFICE]

11/30/2009 CCHAU2   00000045 11810327
01 FC:2501          755.00 OP
02 FC:1504          300.00 OP

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Yii-Shyun Lin      (Depositor's name)
Yii-Shyun Lin      (Signature)
November 24, 2009      (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/810,327 | 06/05/2007 | Fwu-Iuan Hshieh | FMOS-0704 | 2587 |

TITLE OF INVENTION: DEVICE CONFIGURATION AND METHOD TO MANUFACTURE TRENCH MOSFET WITH SOLDERABLE FRONT METAL

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 02/16/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| LIU, BENJAMIN T | 2893 | 257-328000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1   Bo-In Lin
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE        (B) RESIDENCE: (CITY and STATE OR COUNTRY)

**Force-MOS Technology Corporation**      **CAYMAN ISLANDS**

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☒ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
   ☒ Issue Fee
   ☒ Publication Fee (No small entity discount permitted)
   ☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
   ☐ A check is enclosed.
   ☒ Payment by credit card. Form PTO-2038 is attached.
   ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
   ☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date   November 24, 2009

Typed or printed name _____ Bo-In Lin _____    Registration No. _____ 33,948 _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**Complete and send this form, together with applicable fee(s), to:** **Mail**  **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax** **(571) 273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590    08/05/2010

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022

08/30/2010 CCHAU2   00000041 11633366

01 FC:2501                    755.00 OP
02 FC:1504                    300.00 OP

*O P A P*
*AUG 26 2010*
*PATENT & TRADEMARK OFFICE*

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Yii-Shyun Lin                    (Depositor's name)
_Yii Shyun Li_                    (Signature)
August 26, 2010                   (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/633,366 | 12/04/2006 | Fwu-Iuan Hshieh | FMOS-0601 | 2119 |

TITLE OF INVENTION: TRENCH MOSFET WITH CELL LAYOUT, RUGGEDNESS, TRUNCATED CORNERS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 11/05/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ARROYO, TERESA M | 2826 | 257-401000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Bo-In Lin
2
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                           (B) RESIDENCE: (CITY and STATE OR COUNTRY)

**Force-MOS Technology Corp.**                                 **CAYMAN ISLANDS**

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.          ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____          Date August 26, 2010

Typed or printed name Bo-In Lin                          Registration No. 33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail**    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax**    **(571) 273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590    02/10/2009

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022

02/19/2009 CCHAU2   00000007 11788497

01 FC:2501       755.00 OP
02 FC:1504       300.00 OP

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Yii-Shyun Lin    (Depositor's name)

_Yii Shyun_    (Signature)

February 17, 2009    (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/788,497 | 04/20/2007 | Fwu-Iuan Hshieh | FMOS-0702 | 5816 |

TITLE OF INVENTION: TRENCHED MOSFETS WITH IMPROVED GATE-DRAIN (GD) CLAMP DIODES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 05/11/2009 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SOWARD, IDA M | 2822 | 257-551000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1   Bo-In Lin
2  _____
3  _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Force-MOS Technology Corporation      Grand Cayman, Cayman Island
                                           British West Indies

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s):** (Please first reapply any previously paid issue fee shown above):
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____      Date _____

Typed or printed name _____      Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Fwu-Iuan Hshieh          :Date: February 17, 2009

Serial No.:            11/788,497              :Group No.:   2822

Filed:                 April 20, 2007          :Examiner: Soward, Ida M.

Attorney Docket No.: FMOS-0702

**Title: TRENCHED MOSFETS WITH IMPROVED GATE-DRAIN (GD) CLAMP DIODES**

To the Commissioner for Patents:

### PAYMENT OF ISSUE FEE AND PUBLICATION FEE

In response to the examiner's Notice of Allowance and Fees Due mailed on February 10, 2009, a form PTO-2038 is enclosed for the amount of $1055.00, which includes $755.00 for the issuance fee (claiming small entity status) and $300.00 for the publication fee.

Respectfully submitted,

Fwu-Iuan Hshieh

By _____

Bo-In Lin, Attorney, Registration No. 33,948

13445 Mandoli Drive, Los Altos Hills, CA 94022

(650)949-0418(phone), (650)949-4118(fax)

### CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this Office Response Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on **February 17, 2009** in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number <u>EH268665715US</u>" addressed to: Commissioner for Patents, P.O.Box 1450, Arlington, VA 22313-1450.

<u>Yii-Shyun Lin</u>

(Type or print name of person mailing papers)

(Signature of person mailing paper)

NOTE: Each paper or fee referred to as enclosed herein has the number of the "Express Mail" mailing label placed thereon to mailing. 37 CFR 1.10(b).

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax** (571) 273-2885

09/23/09

SEP 22 2009

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

7590        09/17/2009

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Yii-Shyun Lin _____ (Depositor's name)

Yii-Shyun Lin _____ (Signature)

September 22, 2009 _____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/519,754 | 09/11/2006 | Fwu-Juan Hshieh | HSHIEH-0602 | 7502 |

TITLE OF INVENTION: TRENCHED MOSFET DEVICE CONFIGURATION WITH REDUCED MASK PROCESSES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 12/17/2009 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| AHMED, SELIM U | 2826 | 257-330000 |

09/23/2009 CNGUYEN3 00000068 11519754
01 FC:2501        755.00 OP
02 FC:1504        300.00 OP

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Bo-In Lin

2  _____

3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Force-MOS Technology Corp. LTD                        Grand Cayman, Cayman Island

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.        ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____        Date  September 22, 2009

Typed or printed name  Bo-In Lin        Registration No.  33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>
<u>Mail Stop ISSUE FEE</u>
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u>  (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

O P A P

AUG 2 6 2010

PATENT & TRADEMARK OFFICE

7590          08/19/2010

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022

08/30/2010 CCHAU2   00000042 11518729
01 FC:2501          755.00 OP
02 FC:1504          300.00 OP

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

Certificate of Mailing or Transmission
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| Yii-Shyun Lin | (Depositor's name) |
| *(signature)* | (Signature) |
| August 26, 2010 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/518,729 | 09/10/2006 | Fwu-Iuan Hshieh | HSHIEH-0601 | 4153 |

TITLE OF INVENTION: TRENCHED MOSFET DEVICE WITH TRENCHED CONTACTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 11/19/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| GUMEDZOE, PENIEL M | 2891 | 257-330000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Bo-In Lin

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____*(signature)*_____          Date August 26, 2010

Typed or printed name __Bo-In Lin__          Registration No. __33,948__

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**PART B - FEE(S) TRANSMITTAL**

11-02-07

OCT 30 2009

**Complete and send this form, together with applicable fee(s), to:** _Mail_    **Mail Stop ISSUE FEE**
             **Commissioner for Patents**
             **P.O. Box 1450**
             **Alexandria, Virginia 22313-1450**
     _or Fax_    **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

> 7590      10/20/2009
>
> Bo-In Lin
> 13445 Mandoli Drive
> Los Altos Hills, CA 94022

11/02/2009 HDESTA2 00000086 11981072
01 FC:2501        755.00 OP
02 FC:1504        300.00 OP

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| Yii-Shyun Lin | (Depositor's name) |
| _Yii Shyun Lin_ | (Signature) |
| October 30, 2009 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/981,072 | 10/31/2007 | Fwu-Iuan Hsieh | FMOS-0707 | 8738 |

TITLE OF INVENTION: TRENCH MOSFET WITH IMPLANTED DRIFT REGION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $300 | $0 | $1055 | 01/20/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| DANG, PHUC T | 2892 | 257-330000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1   Bo-In Lin
2 _____
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE        (B) RESIDENCE: (CITY and STATE or COUNTRY)

**Force-MOS Technology Corp.**        **TAIWAN R.O.C.**

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____      Date __October 30, 2009__

Typed or printed name __Bo-In Lin__      Registration No. __33,948__

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590    04/25/2012

Bo-In Lin
13445 Mandoli Drive
Los Altos Hills, CA 94022

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

Certificate of Mailing or Transmission
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/462,748 | 08/07/2009 | Fwu-ruan Hshieh | FMOS-0703D | 1413 |

TITLE OF INVENTION: METHOD OF MANUFACTURING TRENCHED MOSFETS WITH EMBEDDED SCHOTTKY IN THE SAME CELL

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $870 | $300 | $0 | $1170 | 07/25/2012 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| PICARDAT, KEVIN M | 2822 | 438-259000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47, Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1   Bo-In Lin

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

FORCE_MOS TECHNOLOGY CORPORATION              CAYMAN ISLANDS

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date July 24, 2012

Typed or printed name    Bo-In Lin    Registration No. 33,948

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

EXHIBIT C

Maintenance Fee payments for particular subject patents.

| Patent No. | Application No. |
|------------|-----------------|
| 8389354    | 12383247        |
| 8461001    | 12653131        |
| 8159021    | 12070853        |
| 7960787    | 12291365        |
| 8022471    | 12319188        |
| 7863685    | 12156070        |
| 7929321    | 12229470        |
| 7646058    | 11810327        |
| 8058670    | 12455744        |
| 7800185    | 11699256        |
| 7812409    | 11633366        |
| 8252645    | 12462748        |
| 7511357    | 11788497        |
| 7612407    | 11519754        |
| 7633121    | 11981072        |
| 7816729    | 11518729        |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## TRENCHED MOSFETS WITH IMPROVED GATE-DRAIN (GD) CLAMP DIODES

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8389354 | 12383247 | 03/19/2009 | 03/05/2013 |

## Payment Window Status

| WINDOW | | STATUS | | FEES | |
|---|---|---|---|---|---|
| 3.5 Year | | Closed | | Unpaid | |

> Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 03/05/2016 | 09/07/2016 | 03/06/2017 | Closed | Unpaid |
| 7.5 Year | 03/05/2020 | 09/09/2020 | 03/05/2021 | Not Open | Not Due |
| 11.5 Year | 03/05/2024 | 09/06/2024 | 03/05/2025 | Not Open | Not Due |

## Patent Holder Information

**Customer #**     35161

**Entity Status**     SMALL

**Phone Number**     2024570160

**Address**     DICKINSON WRIGHT PLLC - WASHINGTON, DC
1825 EYE ST., NW
SUITE 900
WASHINGTON, DC 20006
UNITED STATES



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## METHODS FOR MANUFACTURING TRENCH MOSFET WITH IMPLANTED DRIFT REGION

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|----------|---------------|-------------|------------|
| 8461001  | 12653131      | 12/09/2009  | 06/11/2013 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|--------|--------|------|
| 3.5 Year | Closed | Unpaid |

> Patent expired on 06/11/2017 due to non-payment of maintenance fee.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|--------|-----------------|------------------|-----------------|--------|------|
| 3.5 Year | 06/11/2016 | 12/13/2016 | 06/12/2017 | Closed | Unpaid |
| 7.5 Year | 06/11/2020 | 12/12/2020 | 06/11/2021 | Not Open | Not Due |
| 11.5 Year | 06/11/2024 | 12/12/2024 | 06/11/2025 | Not Open | Not Due |

## Patent Holder Information

| | |
|--|--|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC<br>1825 EYE ST., NW<br>SUITE 900<br>WASHINGTON, DC 20006<br>UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## TRENCH MOSFET WITH DOUBLE EPITAXIAL STRUCTURE

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8159021 | 12070853 | 02/20/2008 | 04/17/2012 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 7.5 Year | Closed | Unpaid |

> Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 04/17/2015 | 10/20/2015 | 04/18/2016 | Closed | Paid |
| 7.5 Year | 04/17/2019 | 10/18/2019 | 04/17/2020 | Closed | Unpaid |
| 11.5 Year | 04/17/2023 | 10/18/2023 | 04/17/2024 | Not Open | Not Due |

## Patent Holder Information

**Customer #**      35161

**Entity Status**      SMALL

**Phone Number**      2024570160

**Address**      DICKINSON WRIGHT PLLC - WASHINGTON, DC
1825 EYE ST., NW
SUITE 900
WASHINGTON, DC 20006
UNITED STATES



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## CONFIGURATION OF TRENCHED SEMICONDUCTOR POWER DEVICE TO REDUCE MASKED PROCESS

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7960787 | 12291365 | 11/07/2008 | 06/14/2011 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Closed | Unpaid |

Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 06/14/2014 | 12/16/2014 | 06/15/2015 | Closed | Unpaid |
| 7.5 Year | 06/14/2018 | 12/15/2018 | 06/14/2019 | Not Open | Not Due |
| 11.5 Year | 06/14/2022 | 12/15/2022 | 06/14/2023 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC |
| | 1825 EYE ST., NW |
| | SUITE 900 |
| | WASHINGTON, DC 20006 |
| | UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## TRENCH METAL OXIDE SEMICONDUCTOR FIELD EFFECT TRANSISTOR (MOSFET) WITH LOW GATE TO DRAIN COUPLED CHARGES (QGD) STRUCTURES

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8022471 | 12319188 | 12/31/2008 | 09/20/2011 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Closed | Unpaid |

> Patent expired on 09/20/2015 due to non-payment of maintenance fee.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 09/20/2014 | 03/21/2015 | 09/21/2015 | Closed | Unpaid |
| 7.5 Year | 09/20/2018 | 03/21/2019 | 09/20/2019 | Not Open | Not Due |
| 11.5 Year | 09/20/2022 | 03/21/2023 | 09/20/2023 | Not Open | Not Due |

## Patent Holder Information

**Customer #**   35161

**Entity Status**   SMALL

**Phone Number**   2024570160

**Address**   DICKINSON WRIGHT PLLC - WASHINGTON, DC
1825 EYE ST., NW
SUITE 900
WASHINGTON, DC 20006
UNITED STATES



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## TRENCH MOSFET WITH EMBEDDED JUNCTION BARRIER SCHOTTKY DIODE

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7863685 | 12156070 | 05/28/2008 | 01/04/2011 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Closed | Unpaid |

> Patent expired on 01/04/2015 due to non-payment of maintenance fee.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 01/04/2014 | 07/08/2014 | 01/05/2015 | Closed | Unpaid |
| 7.5 Year | 01/04/2018 | 07/06/2018 | 01/04/2019 | Not Open | Not Due |
| 11.5 Year | 01/04/2022 | 07/06/2022 | 01/04/2023 | Not Open | Not Due |

## Patent Holder Information

**Customer #**     35161

**Entity Status**     SMALL

**Phone Number**     2024570160

**Address**     DICKINSON WRIGHT PLLC - WASHINGTON, DC
1825 EYE ST., NW
SUITE 900
WASHINGTON, DC 20006
UNITED STATES



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## INSULATED GATE BIPOLAR TRANSISTOR (IGBT) WITH MONOLITHIC DEEP BODY CLAMP DIODE TO PREVENT LATCH-UP

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8058670 | 12455744 | 06/04/2009 | 11/15/2011 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Closed | Unpaid |

> Patent expired on 11/15/2015 due to non-payment of maintenance fee.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 11/15/2014 | 05/16/2015 | 11/16/2015 | Closed | Unpaid |
| 7.5 Year | 11/15/2018 | 05/16/2019 | 11/15/2019 | Not Open | Not Due |
| 11.5 Year | 11/15/2022 | 05/16/2023 | 11/15/2023 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC<br>1825 EYE ST., NW<br>SUITE 900<br>WASHINGTON, DC 20006<br>UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## CLOSED TRENCH MOSFET WITH FLOATING TRENCH RINGS AS TERMINATION

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7800185 | 11699256 | 01/28/2007 | 09/21/2010 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 7.5 Year | Closed | Unpaid |

Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 09/21/2013 | 03/22/2014 | 09/22/2014 | Closed | Paid |
| 7.5 Year | 09/21/2017 | 03/23/2018 | 09/21/2018 | Closed | Unpaid |
| 11.5 Year | 09/21/2021 | 03/22/2022 | 09/21/2022 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC<br>1825 EYE ST., NW<br>SUITE 900<br>WASHINGTON, DC 20006<br>UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## DEPLETION MODE TRENCH MOSFET FOR IMPROVED EFFICIENCY OF DC/DC CONVERTER APPLICATIONS

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7929321 | 12229470 | 08/22/2008 | 04/19/2011 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Closed | Unpaid |

**Patent expired on 04/19/2015 due to non-payment of maintenance fee.**

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 04/19/2014 | 10/21/2014 | 04/20/2015 | Closed | Unpaid |
| 7.5 Year | 04/19/2018 | 10/20/2018 | 04/19/2019 | Not Open | Not Due |
| 11.5 Year | 04/19/2022 | 10/20/2022 | 04/19/2023 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC |
| | 1825 EYE ST., NW |
| | SUITE 900 |
| | WASHINGTON, DC 20006 |
| | UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## DEVICE CONFIGURATION AND METHOD TO MANUFACTURE TRENCH MOSFET WITH SOLDERABLE FRONT METAL

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|----------|---------------|-------------|------------|
| 7646058 | 11810327 | 06/05/2007 | 01/12/2010 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|--------|--------|------|
| 7.5 Year | Closed | Unpaid |

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|--------|------------------|------------------|-----------------|--------|------|
| 3.5 Year | 01/12/2013 | 07/13/2013 | 01/13/2014 | Closed | Paid |
| 7.5 Year | 01/12/2017 | 07/13/2017 | 01/12/2018 | Closed | Unpaid |
| 11.5 Year | 01/12/2021 | 07/13/2021 | 01/12/2022 | Not Open | Not Due |

> Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

## Patent Holder Information

**Customer #**  35161

**Entity Status**  SMALL

**Phone Number**  2024570160

**Address**  DICKINSON WRIGHT PLLC - WASHINGTON, DC
1825 EYE ST., NW
SUITE 900
WASHINGTON, DC 20006
UNITED STATES



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## TRENCH MOSFET WITH CELL LAYOUT, RUGGEDNESS, TRUNCATED CORNERS

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7812409 | 11633366 | 12/04/2006 | 10/12/2010 |

## Payment Window Status

| WINDOW | STATUS | FEES | |
|---|---|---|---|
| 7.5 Year | Closed | Unpaid | Patent expired on 10/12/2018 due to non-payment of maintenance fee. |

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 10/12/2013 | 04/15/2014 | 10/14/2014 | Closed | Paid |
| 7.5 Year | 10/12/2017 | 04/13/2018 | 10/12/2018 | Closed | Unpaid |
| 11.5 Year | 10/12/2021 | 04/13/2022 | 10/12/2022 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC<br>1825 EYE ST., NW<br>SUITE 900<br>WASHINGTON, DC 20006<br>UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

# TRENCHED MOSFETS WITH IMPROVED GATE-DRAIN (GD) CLAMP DIODES

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7511357 | 11788497 | 04/20/2007 | 03/31/2009 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 7.5 Year | Closed | Unpaid |

Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 03/31/2012 | 10/02/2012 | 04/01/2013 | Closed | Paid |
| 7.5 Year | 03/31/2016 | 10/01/2016 | 03/31/2017 | Closed | Unpaid |
| 11.5 Year | 03/31/2020 | 10/01/2020 | 03/31/2021 | Not Open | Not Due |

## Patent Holder Information

**Customer #**      35161

**Entity Status**      SMALL

**Phone Number**      2024570160

**Address**      DICKINSON WRIGHT PLLC - WASHINGTON, DC
1825 EYE ST., NW
SUITE 900
WASHINGTON, DC 20006
UNITED STATES



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## TRENCHED MOSFET DEVICE CONFIGURATION WITH REDUCED MASK PROCESSES

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7612407 | 11519754 | 09/11/2006 | 11/03/2009 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Closed | Unpaid |

> Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 11/03/2012 | 05/04/2013 | 11/04/2013 | Closed | Unpaid |
| 7.5 Year | 11/03/2016 | 05/04/2017 | 11/03/2017 | Not Open | Not Due |
| 11.5 Year | 11/03/2020 | 05/04/2021 | 11/03/2021 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC |
| | 1825 EYE ST., NW |
| | SUITE 900 |
| | WASHINGTON, DC 20006 |
| | UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## TRENCHED MOSFET DEVICE WITH TRENCHED CONTACTS

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7816729 | 11518729 | 09/10/2006 | 10/19/2010 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 7.5 Year | Closed | Unpaid |

> Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 10/19/2013 | 04/22/2014 | 10/20/2014 | Closed | Paid |
| 7.5 Year | 10/19/2017 | 04/20/2018 | 10/19/2018 | Closed | Unpaid |
| 11.5 Year | 10/19/2021 | 04/20/2022 | 10/19/2022 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC |
| | 1825 EYE ST., NW |
| | SUITE 900 |
| | WASHINGTON, DC 20006 |
| | UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## TRENCH MOSFET WITH IMPLANTED DRIFT REGION

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 7633121 | 11981072 | 10/31/2007 | 12/15/2009 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 7.5 Year | Closed | Unpaid |

> Petition is pending decision. Maintenance fees cannot be processed on this page at this time.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 12/15/2012 | 06/18/2013 | 12/16/2013 | Closed | Paid |
| 7.5 Year | 12/15/2016 | 06/16/2017 | 12/15/2017 | Closed | Unpaid |
| 11.5 Year | 12/15/2020 | 06/16/2021 | 12/15/2021 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC |
| | 1825 EYE ST., NW |
| | SUITE 900 |
| | WASHINGTON, DC 20006 |
| | UNITED STATES |



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## METHOD OF MANUFACTURING TRENCHED MOSFETS WITH EMBEDDED SCHOTTKY IN THE SAME CELL

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8252645 | 12462748 | 08/07/2009 | 08/28/2012 |

## Payment Window Status

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Closed | Unpaid |

> Patent expired on 08/28/2016 due to non-payment of maintenance fee.

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 08/28/2015 | 03/01/2016 | 08/29/2016 | Closed | Unpaid |
| 7.5 Year | 08/28/2019 | 02/29/2020 | 08/28/2020 | Not Open | Not Due |
| 11.5 Year | 08/28/2023 | 02/29/2024 | 08/28/2024 | Not Open | Not Due |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 35161 |
| **Entity Status** | SMALL |
| **Phone Number** | 2024570160 |
| **Address** | DICKINSON WRIGHT PLLC - WASHINGTON, DC<br>1825 EYE ST., NW<br>SUITE 900<br>WASHINGTON, DC 20006<br>UNITED STATES |

EXHIBIT D

Assignment Data for each of the subject patents

| Patent No. | Application No. | Assignment Recordation Date | Reel/Frame |
|---|---|---|---|
| 8,389,354 | 12/383,247 | Jul 14, 2022 | 060508/0867 |
| 8,461,001 | 12/653,131 | Dec 9, 2009 | 023671/0511 |
| 8,159,021 | 12/070,853 | Feb 20, 2008 | 020598/0604 |
| 7,960,787 | 12/291,365 | Nov 7, 2008 | 012880/0903 |
| 8,022,471 | 12/319,188 | Dec 31, 2008 | 022115/0119 |
| 7,863,685 | 12/156,070 | May 28, 2008 | 021072/0282 |
| 8,058,670 | 12/455,744 | Jun 4, 2009 | 022845/0902 |
| 7,800,185 | 11/699,256 | Jan 28, 2007 | 018858/0947 |
| 7,929,321 | 12/229,470 | Aug 22, 2008 | 021482/0773 |
| 7,646,058 | 11/810,327 | Jun 5, 2007 | 019438/0898 |
| 7,812,409 | 11/633,366 | Dec 4, 2006 | 018666/0118 |
| 7,511,357 | 11/788,497 | Apr 20, 2007 | 019273/0651 |
| 7,612,407 | 11/519,754 | Sep 11, 2006 | 018308/0892 |
| 7,816,729 | 11/518,729 | Sep 10, 2006 | 018288/0790 |
| 7,633,121 | 11/981,072 | Oct 31, 2007 | 020129/0966 |
| 8,252,645 | 12/462,748 | Aug 7, 2009 | 023112/0422 |