# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORCE MOS TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BO-IN LIN, an individual, <br><br> Defendant. | Case No. 5:22-cv-8938 |

# EXHIBIT N-2

## Decision on Petition to Revive the '021 Patent



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/070,853 | 02/20/2008 | Fwu-Iuan Hshieh | 101302-00008 | 2666 |

| 35161        7590        11/23/2022 | EXAMINER |
|---|---|
| DICKINSON WRIGHT PLLC - WASHINGTON, DC<br>1825 EYE ST., NW<br>SUITE 900<br>WASHINGTON, DC 20006 | KLEIN, JORDAN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2829 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/23/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

dwpatents@dickinsonwright.com

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | |
|---|---|
| Inventor: Fwu-Iuan Hshieh : | |
| Patent No. 8,159,021 : | |
| Issue Date: April 17, 2012 : | Decision on Petition |
| Application No. 12/070,853 : | |
| Filing Date: February 20, 2008 : | |
| Attorney Docket No. 101302-00008 : | |

This is a decision on the petition under 37 C.F.R. § 1.378(b) filed July 12, 2022, and supplemented on October 28, 2022, which requests acceptance of an unintentionally delayed payment of the 7.5 year maintenance fee for the patent.

The petition is **GRANTED.**

The 3.5 year maintenance fee was timely paid with a surcharge on January 6, 2016. The 7.5 year maintenance fee was not timely paid. As a result, the patent expired on April 18, 2020.

The petition satisfies the requirements set forth in 37 C.F.R. § 1.378(b). Specifically, the required fees have been charged to Deposit Account No. 04-1061, and the petition includes the required statement of unintentional delay. Therefore, the 7.5 year maintenance fee is accepted, and the patent is hereby reinstated as of the mail date of this decision.

Telephone inquiries regarding this communication should be directed to Attorney Advisor Steven Brantley at (571) 272-3203.

/Charles Steven Brantley/

Charles Steven Brantley
Attorney Advisor
Office of Petitions