Christopher E. Hanba (*pro hac vice*)
Email: chanba@dickinsonwright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Dino Hadzibegovic (State Bar No. 267489)
Email: dhadzibegovic@dickinsonwright.com
DICKINSON WRIGHT RLLP
615 National Ave, Suite 220
Mountain View, CA 94043
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

Ariana D. Pellegrino (*pro hac vice*)
Email: apellegrino@dickinsonwright.com
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200
Facsimile: (844) 670-6009

Attorneys for Plaintiff Force MOS Technology Co., Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FORCE MOS TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BO-IN LIN, <br><br> Defendant. | Case No. 5:22-cv-08938-SVK <br><br> **STIPULATED REQUEST AND [PROPOSED ORDER] FOR ORDER STAYING PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT; ORDER TO SHOW CAUSE RE SETTLEMENT** |

1  Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Force MOS Technology Co., Ltd. ("Plaintiff") and Defendant Bo-In Lin ("Defendant," and, collectively, the "Parties") hereby jointly stipulate and request as follows:

On March 15, 2024, the Parties reached a settlement that fully resolves this lawsuit. Currently, items remain outstanding under the Court's Case Management Order. (*See* ECF No. 72). On March 12, 2024, Defendant filed a Motion to Strike Plaintiff's Fourth Amended Complaint. (ECF No. 79). Plaintiff's Response to that Motion is due on March 26, 2024, and a hearing is scheduled for April 30, 2024. (*See id.*).

Given the Parties' settlement, and in an effort to conserve the resources of the Parties, counsel, and the Court, the Parties agree to stay all case dates and deadlines for forty-five (45) days in order to finalize the Parties' settlement. Accordingly, the Parties request that the Court stay all deadlines in the Case Management Order (ECF No. 72), as well as any other deadlines, including briefing and the hearing with respect to Defendant's pending Motion to Strike. (ECF No. 79).

Dated: March 20, 2024

**STIPULATED TO:**

| **DICKINSON WRIGHT PLLC** | **OWENS LAW FIRM, PC** |
|---|---|
| */s/ Christopher E. Hanba* | */s/ David R. Owens* |
| Christopher E. Hanba (*admitted pro hac vice*) | David R. Owens (State Bar No. 180289) |
| chanba@dickinsonwright.com | dowens@dowenslaw.com |
| DICKINSON WRIGHT PLLC | OWENS LAW FIRM, PC |
| 607 W. 3rd Street, Suite 2500 | 111 N. Market St., Suite 300 |
| Austin, Texas 78701 | San Jose, CA 95113 |
| Telephone: (512) 770-4200 | Telephone: (408) 298-8202 |
| Facsimile: (844) 670-6009 | |
| | |
| Dino Hadzibegovic (State Bar No. 267489) | Bruno Tarabichi (State Bar No. 215129) |
| dhadzibegovic@dickinsonwright.com | bruno@twmlawfir.com |
| DICKINSON WRIGHT RLLP | TMW LAW |
| 615 National Avenue, Suite 220 | 4750 Almaden Expy. 124-359 |
| Mountain View, CA 94043 | San Jose, CA 95118 |
| Telephone: (408) 701-6200 | Telephone: (408) 634-0324 |
| Facsimile: (844) 670-6009 | |
| | *Counsel for Defendant Bo-In Lin* |
| Ariana D. Pellegrino (*admitted pro hac vice*) | |
| apellegrino@dickinsonwright.com | |
| DICKINSON WRIGHT PLLC | |
| 2600 W. Big Beaver Rd., Suite 300 | |
| Troy, Michigan 48084 | |
| Telephone: (248) 433-7200 | |
| Facsimile: (844) 670-6009 | |

*Counsel for Plaintiff
Force MOS Technology Co., Ltd.*

By **June 4, 2024**, the Parties shall file a stipulation of dismissal. If a stipulation of dismissal is not filed by the specified date, then the Parties shall appear on **June 11, 2024 at 10:00 a.m**. and show cause, if any, why the case should not be dismissed. Additionally, the Parties shall file a statement in response to this Order no later than **June 4, 2024**, describing with specificity (1) the Parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor and the minimum amount of time required to finalize the settlement and file the stipulation of dismissal.

**SO ORDERED.**

Dated: March 20, 2024

_____
UNITED STATES MAGISTRATE JUDGE